## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## ABERDEEN DIVISION

HANNAH JOHNSTON, Individually, and                                    PLAINTIFF
as a Representative of the Wrongful Death
Beneficiaries of Malakai Bleu Johnston, Deceased, et al.

v.                                              CIVIL CASE NO. 1:24cv216-GHD-RP

WILDCHILD STOCKHOM, Inc., et al.                                      DEFENDANTS

### ORDER EXTENDING STAY TO NON-DEBTOR DEFENDANTS

This matter is before the court on the Defendant Enfant's Motion for Stay, in which the .defendant Enfant Terrible Design AB requests a discretionary stay of all proceedings against the non-debtor defendants in this case. ECF 47. The court finds the motion is well taken and should be granted.

Pursuant to the automatic stay provision of the bankruptcy code, the court previously stayed this case pending completion of the defendant Wildchild Stockhom, Inc.'s bankruptcy proceeding or until the bankruptcy court allows the claims against Wildchild to proceed in this case. ECF 18. The defendant Enfant Terrible Design AB now requests that the court exercise its discretion to extend that stay to the non-debtor defendants in this case, arguing that the plaintiff's claims against Enfant are interwoven with her claims against Wildchild. The plaintiff has not responded to the motion and the time allotted for her to do so has passed. As such, Enfant's motion will be granted as unopposed pursuant to Local Uniform Civil Rule 7(b)(3)(E).

Additionally, Enfant points out that it has asserted lack of personal jurisdiction in a motion to dismiss the plaintiff's complaint, and that the court should therefore apply the stay provision of Local Uniform Civil Rule 16(b)(3)(B), under which a motion asserting a jurisdictional defense "stays the attorney conference and disclosure requirements and all

discovery, pending the court's ruling on the motion, including any appeal." The court agrees.

Therefore, this case is STAYED as to all defendants pending completion of the defendant Wildchild Stockhom, Inc.'s bankruptcy proceeding or until the bankruptcy court allows the claims against Wildchild to proceed in this case. All counsel of record share responsibility to report to the court, *in writing*, on a quarterly basis to inform the court of the status of the bankruptcy proceeding. The last report was due January 31, 2026, but the docket does not reflect that any report was filed. As such, the next report is due April 1, 2026, with subsequent reports submitted every three (3) months thereafter. Furthermore, all counsel of record share responsibility to notify the court, *in writing*, within 14 days after the bankruptcy action has been resolved or relief from the stay has been obtained.

Further, notwithstanding any future lifting of the stay related to Wildchild's bankruptcy proceeding, the attorney conference and disclosure requirements and all discovery are STAYED pending the court's ruling on Enfant Terrible Design AB's motion to dismiss. The parties are instructed to notify the undersigned within 7 days after the court's ruling on the motion.

SO ORDERED, this, the 16th day of March, 2026.

/s/ Roy Percy
UNITED STATES MAGISTRATE JUDGE