IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

HANNAH JOHNSTON, Individually, and as
Representative of the Wrongful Death Beneficiaries of
Malakai Bleu Johnston, Deceased, et al.                          PLAINTIFFS

V.                                                    CIVIL ACTION NO. 1:24CV216-GHD-RP

WILDCHILD STOCKHOM, INC. d/b/a Dockatot, et al.                  DEFENDANTS

## ORDER DENYING DEFENDANT'S MOTION TO DISMISS WITHOUT PREJUDICE

Pursuant to an opinion issued this day, it is hereby ORDERED:

(1)  the Defendant Enfant Terrible Design AB's motion to dismiss [Doc. No. 25] is DENIED WITHOUT PREJUDICE;

(2)  the Plaintiff and Enfant Terrible Design AB SHALL CONDUCT limited jurisdictional discovery STRICTLY LIMITED to the subject jurisdictional issue;

(3)  the Magistrate Judge will CONDUCT a status conference to set appropriate deadlines and parameters associated with the discovery, and will ultimately enter an Order governing this limited discovery; and

(4)  the Bankruptcy stay in this matter shall be TEMPORARILY LIFTED as to these two parties for this limited purpose and otherwise REMAINS IN EFFECT.

SO ORDERED, this, the 6 day of July, 2026.

_____
SENIOR U.S. DISTRICT JUDGE